IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE CHARTER OAK FIRE AND INSURANCE COMPANY, | § § § § |
| Plaintiff, | § § |
| v. | CASE NO. 1:19-cv-117-TFM-B § § |
| THE CITY OF FAIRHOPE, ALABAMA, et al., | § § § |
| Defendants. | § § § § § § |

## CITY OF FAIRHOPE'S SUPPLEMENT TO
## MOTION TO ALTER, AMEND, OR VACATE MEMORANDUM OPINION AND ORDER

Defendant, THE CITY OF FAIRHOPE, ALABAMA ("City of Fairhope"), pursuant to Rule 59 of the Fed. R. Civ. P, files this City of Fairhope's Supplement to Motion to Alter, Amend, or Vacate this Honorable Court's Memorandum Opinion and Order ("Summary Judgment Order" (Doc. 29)) and as grounds state:

On January 24, 2021, The Supreme Court of Alabama Affirmed the Trial Court's ruling in the Underlying Litigation. (Charles K. Breland, Jr., and Breland Corporation v. City of Fairhope, et. al., CV-13-90196, Order 1180492 (Doc. 39-1)).

In reaching its decision, the Supreme Court of Alabama specifically construed the allegations in the Underlying Litigation Complaint as pleading, in part, Negligence against City of Fairhope:

> "The Breland parties then brought the underlying lawsuit against Fairhope in the Baldwin Circuit Court. **They sought: … (5) a verdict of negligence against Fairhope for allegedly mishandling Breland's 2008 permit application** …." (Doc. 39-1, pp. l0-11 (emphasis added)).
>
> …
>
> On remand, the trial court granted The Battles Wharf/Point Clear Protective Association's motion to intervene and held a nonjury trial. In a posttrial order, it held that the Breland parties had not obtained a vested right to fill the wetlands, that state law did not preempt Fairhope's ordinances, and that Fairhope's ordinances were not improper zoning ordinances. **Therefore, it held that the Breland parties' negligence and expungement claims were moot**. The Breland parties then appealed to this Court. When, as here, a trial court hears oral testimony in a nonjury trial, the ore tenus rule governs. Under that rule, the findings of the trial court are presumed correct and its judgment based on those findings will not be reversed unless the judgment is 'palpably erroneous or manifestly unjust.' Philpot v. State, 843 So.2d 122, 125 (Ala. 2002). (Doc. 39-1, p. 12 (emphasis added)).

The Supreme Court of Alabama did not remand the Underlying Litigation for any further proceedings, (Doc. 39, pp. 39-40), and it is presently unknown whether an Application for Rehearing or any other Appellate remedy will be sought in the Underlying Litigation. City of Fairhope respectfully submits The Supreme Court of Alabama's Opinion recognizing the allegations of the Underlying Litigation Complaint alleged, in part, Negligence against City of Fairhope, further supports City of Fairhope's position the Complaint alleges Negligence and as such states an occurrence within the meaning of the insurance policies.

Accordingly, City of Fairhope requests this Honorable Court to alter, amend or vacate the Memorandum Opinion and Order (Doc. 29).

Respectfully Submitted,

Attorneys for Plaintiff, The City of Fairhope, Alabama

*s/ Marcus E. McDowell*
MARCUS E. MCDOWELL
MARION E. WYNNE
Wilkins Bankester Biles & Wynne, PA
201 East Second Street
Bay Minette, Alabama 36507-0400
Telephone:   (251) 928-1915
mmcdowell@wbbwlaw.com
twynne@wbbwlaw.com

*s/ Jason S. McCormick*
JASON S. MCCORMICK (MCCOJ9270)
Tobias, McCormick and Comer, LLC
1203 Dauphin Street
Mobile, Alabama 36604
Telephone:   (251) 434-5700
jason@tmclawyers.com

## **CERTIFICATE OF SERVICE**

       I do hereby certify that a true and accurate copy of the foregoing has been served on the following parties via the CM/ECF electronic filing system and/or U.S. Mail on this 11th day of January, 11, 2021.

Joel S. Isenberg
Candace H. Newton
Ely & Isenberg, LLC
2100-B SouthBridge Pkwy., Suite 380
Birmingham, Alabama 35209

Gilbert L. Fontenot
Maples & Fontenot, LLP
P.O. Box 1281
Mobile, Alabama 36633

Grant Blackburn
Blackburn & Conner, P.C.
P.O. Box 458
Bay Minette, Alabama 36507

                                                  *s/ Jason S. McCormick*
                                                  JASON S. MCCORMICK (MCCOJ9270)